**Order entered March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00060-CV

### SULMA GONZALES, Appellant

### V.

### LYONS EQUITIES, INC., Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

We **GRANT** the March 19, 2014 motion of the Dallas County District Clerk for an extension of time to file the clerk's record. The clerk's record shall be filed **within THIRTY DAYS of the date of this order**.

/s/      ADA BROWN
        JUSTICE